JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>H.P. MARKETPLACE, L.P., a California limited partnership; and DOES 1-10,<br><br>    Defendants. | No. 2:21-cv-06313-JAK-PVC<br><br>**ORDER RE PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS (DKT. 13)** |

    Based on a review of Plaintiff's Request for Dismissal with Prejudice of All Defendants (the "Request" (Dkt. 13)), sufficient good cause has been shown for the requested relief. Therefore, the Request is **GRANTED**. Plaintiff Phillip Walker's action against Defendant H.P. Marketplace, L.P. is dismissed with prejudice. Each party will be responsible for its own fees and costs.

**IT IS SO ORDERED.**

Dated: 9/24/2021

John A. Kronstadt
United States District Judge

1